IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br>William Lishman<br>Shelia Lishman<br>SS#: : XXX-XX-6181  XXX-XX-5885<br>DEBTORS | CASE NO. 19-80145-CRJ-13<br><br>CHAPTER 13 |

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW, Michele T. Hatcher, Standing Chapter 13 Trustee, in the above captioned case and states the following:

1. In order to pay the scheduled and filed secured claims in full, Plan payments must increase to $883 per month beginning May 2019 and fixed payments adjusted accordingly.

2. The Plan does not comply with § 1322(a)(3). The proposed Plan does not properly address the secured claim filed by Microf LLC in the amount of $7,954.70 and designated as claim #29 by the Court's Claim Register.

WHEREFORE, the Trustee prays that the Court deny confirmation of the Debtors' plan, and order the Debtors to file an amended plan within 14 days after this confirmation hearing. If the Debtors fail to file an amended plan within 14 days, the Trustee prays the Court enter an order dismissing this Chapter 13 case.

RESPECTFULLY SUBMITTED, this the 14th day of May 2019.

/s/ Michele T. Hatcher
MICHELE T. HATCHER, TRUSTEE
P.O. BOX 2388
DECATUR, AL  35602-2388
(256)350-0442

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May 2019, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

| | |
|---|---|
| William Lishman | JOHN C LARSEN |
| Shelia Lishman | LARSEN LAW PC |
| 9626 Dortmund Dr. SE | 1733 WINCHESTER ROAD |
| Huntsville, AL  35803 | HUNTSVILLE, AL  35811 |

/s/ Michele T. Hatcher
Michele T. Hatcher, Trustee