IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:
WILLIAM AND SHELIA LISHMAN,　　　　　　　　　　Case Number
　　　　　　　　　　　　　　　　　　　　　　　　　19-80145-CRJ-13
　　　Debtors,

WILLIAM AND SHELIA LISMAN,

　　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　　Adversary Proceeding No:
　　　　　　　　　　　　　　　　　　　　　　　　　19-80026-CRJ
REGIONS BANK

　　　Defendant.

## MOTION TO APPROVE COMPROMISE AND SETTLEMENT AND APPLICATION FOR APPROVAL OF ATTORNEY FEES

Comes Now, William and Shelia Lishman (the "Debtors") and Regions Bank (together with the Debtor, the "Movants") and hereby move this Court pursuant to 11 U.S.C. § 105 and Rule 9019 of the Federal Rules of Bankruptcy Procedure for the entry of an Order approving the compromise and settlement described herein. In support of the Joint Motion to Approve Compromise, Movants show unto the court as follows.

### JURISDICTION AND PROPOSED NOTICE

1. The Motion is being brought pursuant to 11 U.S.C. § 105 and Rule 9019(a) of the Bankruptcy Rules.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b). This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

3. In accordance with Bankruptcy Rules 9019(a) and 2002, the Motion is being served on all parties-in-interest and all parties filing an appearance notice.

### FACTUAL BACKGROUND

4. This adversary proceeding arises from Lishman's allegations that Regions Bank violated the automatic stay imposed by 11 U.S.C. § 362.

5. In this adversary proceeding, Debtors allege that Regions Bank violated the Automatic Stay by continuing to contact them demanding payment for pre-petition mortgage arrearage after the bankruptcy was filed.

1

6. Regions Bank denies all wrongdoing as alleged in the Adversary Proceeding.

## TERMS OF THE PROPOSED SETTLEMENT

7. After negotiation, and in the interest of avoiding the uncertainties associated with litigation, the parties have agreed to a compromise and settlement of the claim on the terms and conditions set forth herein.

8. The terms of the proposed settlement are as follows:
    a. Regions Bank shall pay to Debtors counsel a total of $7,500.00 to settle any and all claims arising from this adversary proceeding.
    b. This amount includes all costs and fees, including but not limited to the Lishman's attorney fees;
    c. Pursuant to 11 U.S.C. §362(k)(1), Regions Bank shall pay to Lishman's counsel a total of $7,500.00 to settle any and all claims arising from this adversary proceeding. Debtor's Counsel requests to retain $6,000.00 of the settlement representing 20.50 hours for the work performed in the preparation and prosecution of the adversary proceeding at an hourly rate of $350.00. Counsel has worked diligently on this case since May 10, 2019 and will continue to do so until the proceeding closes. Counsel has reduced his fee from $7,175.00 to $6,000.00. Regions Bank shall also pay $750.00 to the Debtors as allowed by their exemptions. Regions Bank shall also pay $750.00 to Michele Hatcher, Chapter 13 Trustee to be applied towards the Debtor's bankruptcy estate. Defendant is to disburse funds to all parties within 30 days from the date of this order.
    d. Regions Bank shall be allowed a secured claim for the total amount of pre-petition and post-petition mortgage arrearage due in this case.

## RELIEF REUQESTED

9. The parties jointly request that this Court approve the settlement that has been reached by all parties in which all of the issues in the claim will be resolved. The settlement of this claim is a result of good faith, arm's length negotiations between the respective attorneys for the parties and after a thorough review of the merits of the case.

10. The settlement of the claims in this adversary proceeding meets all applicable legal standards and is well within the range of reasonableness.

11. The approval of a compromise and settlement in a bankruptcy case is within the sound discretion of the court and will not be disturbed or modified on appeal unless approval or disapproval of the settlement is an abuse of discretion. *Rivercity v. Herpel (In re Jackson Brewing Co.)*, 624 F.2d 599,

602-603 (5th Cir. 1980). To properly exercise this discretion, the bankruptcy court must consider whether the compromise proposed "'falls below the lowest point in the range of reasonableness.'" *Anaconda-Ericsson, Inc. v. Hessen (In re Teltronics Servs. Inc.)*, 762 F.2d 185, 189 (2d Cir. 1985) (internal citation omitted).

12. The Eleventh Circuit has held a bankruptcy court must consider and evaluate the following factors:

(a) the probability of success in the litigation;

(b) the difficulties, if any to be encountered in the matter of collection;

(c) the complexity of the litigation involved, and the expense, inconvenience, and delay necessarily attending the litigation; and,

(d) the paramount interest of the creditors and a proper deference to their reasonable views in the premises. *Wallis v. Justice Oaks II Ltd. (In re Justice Oaks II Ltd.)*, 898 F.2d 1544, 1549 (11th Cir. 1990). When making an evaluation, a court must not rest its approval of the settlement on a resolution of the ultimate factual and legal issues underling the compromised disputes. *Teltronics* at 189. Rather, the court should consider the probable outcome of the litigation, including its advantages and disadvantages, and should make a pragmatic decision based on all equitable factors. *Florida Trailer and Equip. Co. v. Deal*, 284 F.2d 567, 571 (5th Cir. 1960).

13. Federal Rule of Bankruptcy Procedure 9019 provides that, after conducting a hearing on notice to creditors, the bankruptcy court may approve a compromise and settlement. To assure a compromise is proper in a given case, the court must be apprised of the necessary facts for an intelligent, objective, and educated evaluation and compare the "terms of the compromise with the likely rewards of litigation." *Protective Comm. for Independent Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 424-425 (1968).

14. The settlement proposed in this motion clearly meets the standard for approval under Federal Rule of Bankruptcy Procedure 9019 and is in the best interests of the bankruptcy estate. The settlement was reached after thorough analysis of the merits of Lishman's claims and the defenses of Regions Bank with regard to the claims asserted in the adversary proceeding.

**WHEREFORE**, the parties ask this Court to enter an order approving the settlement described in this motion.

/s/ John C. Larsen
John C. Larsen
Attorney for the debtor/plaintiff,

3

OF COUNSEL:
LARSEN LAW P.C.
1733 Winchester Road
Huntsville, Alabama 35811
(256) 859-3008
john@larsenlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon all creditors listed on the mailing matrix and all attorneys of record by electronic notice and/or by depositing a copy thereof in the United States Mail, properly addressed and postage prepaid, on this the 31st day of July, 2019.

W. L. Longshore, III
Attorney for Defendant Regions Bank
Jauregui, Lindsey, Longshore, & Tingle
2009 Second Avenue North
Birmingham, AL 35203
blongshore@jandllawfirm.com

A copy was served electronically on Michele Hatcher, Chapter 13 Trustee, and Richard Blythe, Bankruptcy Administrator, on this the 31st day of July, 2019.

/s/ John C. Larsen

4

| Label Matrix for local noticing<br>1126-8<br>Case 19-80145-CRJ13<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Wed Jul 31 14:06:47 CDT 2019 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>GREENVILLE, SC 29603-0587 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
|---|---|---|
| U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | Alabama Cardiology<br>4700 Whitesburg Dr Ste 200<br>Huntsville, AL 35802-1686 | Alliance Collection Service, Inc<br>Attn: Bankruptcy<br>Po Box 49<br>Tupelo, MS 38802-0049 |
| Allstate Insurance<br>725 Canton St. NW<br>Norwood, MA 02062-2679 | AmSher Collection Srv<br>4524 Southlake Parkway<br>Ste 15<br>Hoover, AL 35244-3271 | AmeriMark<br>PO Box 2845<br>Monroe, WI 53566-8045 |
| Amerimark<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Bank Of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Carol Wright<br>P.O. Box 2851<br>Monroe, WI 53566-8051 | Cavalry Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake Ste 400<br>Valhalla, NY 10595-2322 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Comenitybank/onestop<br>Attn: Bankruptcy Dept<br>Po Box 18215<br>Columbus, OH 43218 | Convergent Outsourcing, Inc.<br>Attn: Bankruptcy<br>Po Box 9004<br>Renton, WA 98057-9004 |
| Credit First National Association<br>Attn: Bankruptcy<br>Po Box 81315<br>Cleveland, OH 44181-0315 | Credit Management, LP<br>Attn: Bankruptcy<br>Po Box 118288<br>Carrollton, TX 75011-8288 | Credit One Bank<br>Attn: Bankruptcy<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Crestwood Medical Center<br>P.O. Box 188<br>Brentwood, TN 37024-0188 | Crestwood Medical Center<br>c/o PASI<br>PO Box 188<br>Brentwood, TN 37024-0188 | Direct Charge<br>1112 7th Ave.<br>Monroe, WI 53566-1364 |
| Direct Charge<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Dr Leonards Shop Now<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Fingerhut<br>Attn: Bankruptcy<br>Po Box 1250<br>Saint Cloud, MN 56395-1250 | Genesis Bc/celtic Bank<br>Attn: Bankruptcy<br>268 South State Street Ste 300<br>Salt Lake City, UT 84111-5314 |

Horizon Card Services
P.O. Box 1275
Indiana, PA 15701-5275


Lane Bryant
500 South Mesa Hills Dr.
El Paso, TX 79912-5686


Mason
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849


Microf
P.O. Box 70085
Albany, GA 31708-0085


Midnight Velvet
Swiss Colony/Midnight Velvet
1112 7th Ave
Monroe, WI 53566-1364


OneMain Financial
Attn: Bankruptcy
601 Nw 2nd Street
Evansville, IN 47708-1013


(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067


Quantum3 Group LLC as agent for
GPCC I LLC
PO Box 788
Kirkland, WA 98083-0788


Seventh Avenue
1112 7th Avenue
Monroe, WI 53566-1364


Target
Target Card Services
Mail Stop NCB-0461
Minneapolis, MN 55440


Indigo Master Card
P.O. Box 4488
Beaverton, OR 97076-4402


MDS/Medical Data Systems
2001 9th Avenue
Suite 312
Vero Beach, FL 32960-6413


Massey's
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849


Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108-2709


Montgomery Ward
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849


OneMain Financial
PO Box 3251
Evansville, IN 47731-3251


Publishers Clearing House
P.O. Box 6344
Harlan, IA 51593-1844


Regions Bank
Loss Mitigation Department
P.O. Box 10063
Birmingham, AL 35202-0063


Seventh Avenue
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849


Walter Drake
P.O. Box 2861
Monroe, WI 53566-8061


LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587


Mason
P.O. Box 2808
Monroe, WI 53566-8008


Masseys
P.O. Box 2822
Monroe, WI 53566-8022


Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011


NetCredit
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604-2863


Portfolio Recovery
Po Box 41021
Norfolk, VA 23541-1021


Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788


Roy Sleep Medicine
3500 Memorial Parkway
Huntsville, AL 35801


Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
P.O. Box 965061
Orlando, FL 32896-5061


John C. Larsen
Larsen Law, P.C.
1733 Winchester Rd
Huntsville, AL 35811-9190

| Michele T. Hatcher | Shelia Lishman | William Lishman |
| --- | --- | --- |
| Chapter 13 Trustee | 9626 Dortmund Dr. SE | 9626 Dortmund Dr. SE |
| P.O. Box 2388 | Huntsville, AL 35803-1114 | Huntsville, AL 35803-1114 |
| Decatur, AL 35602-2388 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)Ashley Funding Services, LLC | (d)PRA Receivables Management, LLC | End of Label Matrix | |
| --- | --- | --- | --- |
| Resurgent Capital Services | PO Box 41021 | Mailable recipients | 62 |
| PO Box 10587 | Norfolk, VA 23541-1021 | Bypassed recipients | 2 |
| Greenville, SC 29603-0587 | | Total | 64 |